**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* ______ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Barista Parlor LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA Barista Parlor East**<br>**DBA BPxBNA**<br>**DBA BPxW** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2934160** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**519B Gallatin Ave**<br>**Nashville, TN 37206**<br>Number, Street, City, State & ZIP Code<br><br>**Davidson**<br>County | **Mailing address, if different from principal place of business**<br><br>**PO Box 100910**<br>**Nashville, TN 37210**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.baristaparlor.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: ______ | |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7225**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment** Relationship
District When Case number, if known

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
Contact name
Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 21, 2026**
MM / DD / YYYY

*X* **/s/ Andrew Mumma**
Signature of authorized representative of debtor

**Andrew Mumma**
Printed name

Title **Managing Member**

**18. Signature of attorney**

*X* **/s/ R. Alex Payne**
Signature of attorney for debtor

Date **October 21, 2026**
MM / DD / YYYY

**R. Alex Payne 031387**
Printed name

**Dunham Hildebrand Payne Waldron, PLLC**
Firm name

**9020 Overlook Boulevard, Suite 316**
**Brentwood, TN 37027**
Number, Street, City, State & ZIP Code

Contact phone **629.777.6529** Email address **alex@dhnashville.com**

**031387 TN**
Bar number and State

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* Chapter **11**

☐ Check if this is an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Barista Parlor Holdings, LLC** | | | Relationship to you | **Affiliate** |
| District | **MDTN** | When | | Case number, if known | |
| Debtor | **Barista Parlor Roasting LLC** | | | Relationship to you | **Affiliate** |
| District | **MDTN** | When | | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name **Barista Parlor LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) __________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* __________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration __________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 21, 2026**

*X* **/s/ Andrew Mumma**
Signature of individual signing on behalf of debtor

**Andrew Mumma**
Printed name

**Managing Member**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Barista Parlor LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF TENNESSEE** |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AMA Recovery Group<br>3131 Eastside St., Ste. 435<br>Houston, TX 77098 | | Vader | | | | $10,765.00 |
| American Paper & Twine<br>PO Box 90348<br>Nashville, TN 37209 | | Judgment | | | | $13,668.68 |
| Capital One<br>PO Box 360<br>Wilmington, DE 19899 | | Credit card | | | | $10,000.00 |
| Corporation Service Company<br>PO Box 2576<br>Springfield, IL 62708 | | UCC Doc #: U2025188728: Future receipts | | $15,000.00 | $0.00 | $15,000.00 |
| Dickinson Wright PLLC<br>2600 West Big Beaver Road, Suite 300<br>Troy, MI 48084-3312 | | | | | | $22,366.74 |
| FirstBank<br>1817 West End Ave<br>Nashville, TN 37203 | | UCC Doc #: 438505159: All assets of Debtor | | $347,297.00 | $0.00 | $347,297.00 |
| FirstBank<br>1817 West End Ave<br>Nashville, TN 37203 | | UCC Doc #: 426666925: Blanket lien | | $189,964.00 | $18,150.00 | $171,814.00 |
| Hatcher Family Dairy<br>6561 Arno Rd<br>College Grove, TN 37046 | | | | | | $22,000.00 |
| Holders of outstanding gift cards | | | Contingent Unliquidated | | | $29,190.00 |

Debtor **Barista Parlor LLC** Case number *(if known)*

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pinnacle Business Funding LLC<br>1202 Avenue U, Ste 1115<br>Brooklyn, NY 11229** | | | | | | **$20,000.00** |
| **Recovery Solutions Group, LLC<br>117 E Liberty Way<br>Milford, DE 19963** | | **Stripe for Germantown** | | | | **$46,115.93** |
| **Southeast Community Capital Corporation<br>dba Pathway Lending<br>201 Venture Circle<br>Nashville, TN 37228** | | **UCC Doc #: 437963611: Blanket lien** | | **$82,960.38** | **$0.00** | **$82,960.38** |
| **Spartan Business Solutions, LLC<br>1001 Westhaven Blvd., Unit A100<br>Franklin, TN 37064** | | **UCC Doc #: U2025012664: Blanket lien** | | **$54,632.41** | **$0.00** | **$54,632.41** |
| **Strategic Financial Reporting, Inc.<br>13801 Walsingham Road, A409<br>Largo, FL 33774** | | | | | | **$16,000.00** |
| **Sysco Nashville<br>One Hermitage Plaza<br>Nashville, TN 37209** | | | | | | **$10,000.00** |
| **Tennessee Department of Revenue<br>c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-0207** | | **Sales tax** | | | | **$48,845.89** |
| **Toast Capital<br>333 Summer Street<br>Boston, MA 02210** | | | | | | **$11,248.00** |
| **Triton Recovery, LLC<br>3111 N University Dr, Suite 604<br>Pompano Beach, FL 33065** | | **Stripe for HV** | | | | **$39,280.07** |

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **WebBank 215 South State Street, Ste 1000 Salt Lake City, UT 84111** | | **UCC Doc #: U2026011278: All accounts receivable. Toast Capital loan originated by WebBank; listed for completeness.** | | **$42,966.00** | **$0.00** | **$42,966.00** |
| **WebBank 215 South State Street, Ste 1000 Salt Lake City, UT 84111** | | **UCC1 Doc #: U2025077424: All accounts receivable. Toast Capital loan originated by WebBank; listed for completeness.** | | **$26,136.00** | **$0.00** | **$26,136.00** |

**Fill in this information to identify the case:**

Debtor name **Barista Parlor LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) ______________________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............ $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............ $ **18,826.25**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............ $ **18,826.25**

**Part 2: Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............ $ **758,955.79**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............ $ **48,845.89**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............ **+$** **319,677.71**

4. **Total liabilities** ............
   Lines 2 + 3a + 3b ............ $ **1,127,479.39**

**Fill in this information to identify the case:**

Debtor name **Barista Parlor LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **FirstBank** | **Checking** | **7402** | **$676.25** |
| 3.2. | **Venmo** | **Business** | | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$676.25**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **2,000.00** (face amount) - **0.00** (doubtful or uncollectible accounts) = .... **$2,000.00**

12. **Total of Part 3.** **$2,000.00**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>Roasted coffee; pastries | | $0.00 | | $550.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale**<br>Mugs, misc retail merchandise | | $0.00 | | $3,500.00 |
| 22. | **Other inventory or supplies**<br>Dry stock, including paper cups, lids, straws, plastic cups, napkins | | $0.00 | | $1,000.00 |

23. **Total of Part 5.** **$5,050.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value **0.00** Valuation method Current Value **550.00**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Tables, stools, chairs** | **$0.00** | | **$1,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Square handheld POS** | **$0.00** | | **$100.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | | | **$1,100.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

| | | | |
|---|---|---|---|
| **Slayer espresso machine, 4 coolers, ice machine, RTD cases, pastry case** | **$0.00** | | **$10,000.00** |

51. **Total of Part 8.** **$10,000.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| | **License agreements with the W and BNA** | **$0.00** | | **Unknown** |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.** **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| | |
|---|---|
| **Potential claims against merchant cash advance funders (Spartan, Pinnacle, Vader, CSC-represented funder, Stripe Capital, Toast/WebBank), including recharacterization and usury** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | **$0.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | |
|---|---|
| **Potential avoidance actions under 11 U.S.C. §§ 544-550** | **Unknown** |
| **Nature of claim** | |
| **Amount requested** | **$0.00** |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| **Intercompany receivables from affiliates, if any, amount undetermined; Debtor's operating account has historically received and disbursed funds for affiliated entities.** | **Unknown** |

78. **Total of Part 11.** **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$676.25** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$2,000.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$5,050.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$1,100.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$10,000.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*.......................................................................................> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$18,826.25** | + 91b. **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$18,826.25** |

**Fill in this information to identify the case:**

Debtor name **Barista Parlor LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Corporation Service Company**
Creditor's Name

**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC Doc #: U2025188728: Future receipts**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$15,000.00**
Column B: **$0.00**

**2.2 FirstBank**
Creditor's Name

**1817 West End Ave**
**Nashville, TN 37203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**UCC Doc #: 426666925: Blanket lien**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$189,964.00**
Column B: **$18,150.00**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **FirstBank**
Creditor's Name

**1817 West End Ave**
**Nashville, TN 37203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC Doc #: 438505159: All assets of Debtor**

**$347,297.00** **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.4 **Southeast Community Capital Corporation**
Creditor's Name
**dba Pathway Lending**
**201 Venture Circle**
**Nashville, TN 37228**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC Doc #: 437963611: Blanket lien**

**$82,960.38** **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.5 **Spartan Business Solutions, LLC**
Creditor's Name
**1001 Westhaven Blvd., Unit A100**
**Franklin, TN 37064**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC Doc #: U2025012664: Blanket lien**

**$54,632.41** **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 **WebBank**
Creditor's Name

**215 South State Street, Ste 1000**
**Salt Lake City, UT 84111**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC Doc #: U2026011278: All accounts receivable.**
**Toast Capital loan originated by WebBank; listed for completeness.**

**$42,966.00** **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.7 **WebBank**
Creditor's Name

**215 South State Street, Ste 1000**
**Salt Lake City, UT 84111**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC1 Doc #: U2025077424: All accounts receivable.**
**Toast Capital loan originated by WebBank; listed for completeness.**

**$26,136.00** **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$758,955.79**

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Charles Sanger**<br>**Bradley Arant Boult Cummings LLP**<br>**1221 Broadway, #2400**<br>**Nashville, TN 37203** | Line **2.2** | |
| **Charles Sanger**<br>**Bradley Arant Boult Cummings LLP**<br>**1221 Broadway, #2400**<br>**Nashville, TN 37203** | Line **2.3** | |
| **Corporation Service Company**<br>**PO Box 2576**<br>**Springfield, IL 62708** | Line **2.5** | |
| **Kenneth R. Ebner**<br>**Spartan Business Solutions LLC**<br>**122 E. 42nd St, Room 1011**<br>**New York, NY 10168** | Line **2.5** | |
| **Telos Legal Corp.**<br>**1818 11st Street, Ste 101**<br>**Sacramento, CA 95811** | Line **2.6** | |
| **Telos Legal Corp.**<br>**1818 11st Street, Ste 101**<br>**Sacramento, CA 95811** | Line **2.7** | |
| **Toast Capital**<br>**333 Summer Street**<br>**Boston, MA 02210** | Line **2.6** | |
| **Toast Capital**<br>**333 Summer Street**<br>**Boston, MA 02210** | Line **2.7** | |

**Fill in this information to identify the case:**

Debtor name **Barista Parlor LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Notice only**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$0.00** | **$0.00** |
| 2.2 | Priority creditor's name and mailing address<br>**Metropolitan Government of Nashville<br>& Davidson County, Dept. of Law<br>1 Public Square, Ste 108<br>Nashville, TN 37201**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Notice only**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$0.00** | **$0.00** |

2.3 Priority creditor's name and mailing address
**Office of the Metropolitan Trustee**
**PO Box 196358**
**Nashville, TN 37219-6358**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.4 Priority creditor's name and mailing address
**Tennessee Department of Revenue**
**c/o Attorney General**
**PO Box 20207**
**Nashville, TN 37202-0207**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$48,845.89** **$48,845.89**

Date or dates debt was incurred

Basis for the claim: **Sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.5 Priority creditor's name and mailing address
**Tennessee Dept. of Labor &**
**Workforce**
**Development**
**220 French Landing Dr**
**Nashville, TN 37243**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**Ace Exterminating**
**7089 Whites Creek Pike**
**Joelton, TN 37080**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

3.2 **Nonpriority creditor's name and mailing address**
**Adam Wright**
**952 Main Street**
**Nashville, TN 37206**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,000.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
**Air Ventures, LLC**
**428 Beaver St, Suite 2**
**Sewickley, PA 15143**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only
Is the claim subject to offset? ■ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
**Ajax Turner Company**
**4010 Centrepointe Drive**
**La Vergne, TN 37086**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$606.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
**Allwaste Onsite LLC/Onsite Envrionmental**
**c/o Greenberg, Grant & Richards**
**5858 Westheimer Road, Suite 500**
**Houston, TX 77057**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,264.73**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
**AMA Recovery Group**
**3131 Eastside St., Ste. 435**
**Houston, TX 77098**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,765.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vader
Is the claim subject to offset? ■ No ☐ Yes

**3.7** **Nonpriority creditor's name and mailing address**
**American Paper & Twine**
**PO Box 90348**
**Nashville, TN 37209**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,668.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Judgment
Is the claim subject to offset? ■ No ☐ Yes

**3.8** **Nonpriority creditor's name and mailing address**
**Auto Chlor System**
**1518 Antioch Pike**
**Antioch, TN 37013**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only
Is the claim subject to offset? ■ No ☐ Yes

**3.9** **Nonpriority creditor's name and mailing address**
**Barista Parlor Holdings, LLC**
**and affiliates (insider)**
**PO Box 100910**
**Nashville, TN 37210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Intercompany payables, if any
Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**BlueCross BlueShield of Tennessee, Inc.**<br>**1 Cameron Hill Circle**<br>**Chattanooga, TN 37402**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Notice only<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Brown & Joseph, LLC**<br>**One Pierce Place, Suite 700W**<br>**Itasca, IL 60143**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Society Insurance<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,649.07** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Capital One**<br>**PO Box 360**<br>**Wilmington, DE 19899**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 1129 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Credit card<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,000.00** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Comcast**<br>**1701 John F. Kennedy Boulevard**<br>**Philadelphia, PA 19103**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,000.00** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Condit Properties, LLC**<br>**c/o Ross Condit**<br>**150 DeBernardo Lane**<br>**Aptos, CA 95003**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Notice only<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Cook's Pest Control**<br>**5211 Linbar Drive, Suite 507**<br>**Nashville, TN 37211**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Notice only<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Creation Gardens**<br>**940 W 5th St**<br>**Cincinnati, OH 45203**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,299.66** |

**3.17** **Nonpriority creditor's name and mailing address**
**Dickinson Wright PLLC**
**2600 West Big Beaver Road, Suite 300**
**Troy, MI 48084-3312**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$22,366.74**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.18** **Nonpriority creditor's name and mailing address**
**Dr. Friday Tax and Financial Firm, Inc.**
**205 Powell Place**
**Suite 223**
**Brentwood, TN 37027**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.19** **Nonpriority creditor's name and mailing address**
**Evolution Maintenance**
**105 Flex Ave**
**Portland, TN 37148**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,484.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.20** **Nonpriority creditor's name and mailing address**
**Fairgrounds Parcel C, LLC**
**124 12th Ave South**
**Suite 600**
**Nashville, TN 37203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** **Guaranty of affiliate lease**
Is the claim subject to offset? ■ No ☐ Yes

**3.21** **Nonpriority creditor's name and mailing address**
**FESCO Nashville**
**1106 Elm Hill Pike**
**Nashville, TN 37210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Notice only**
Is the claim subject to offset? ■ No ☐ Yes

**3.22** **Nonpriority creditor's name and mailing address**
**Hatcher Family Dairy**
**6561 Arno Rd**
**College Grove, TN 37046**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$22,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.23** **Nonpriority creditor's name and mailing address**
**Holders of outstanding gift cards**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$29,190.00**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.24** **Nonpriority creditor's name and mailing address**
**Interstate AC Service**
**1877 Air Lane Drive**
**Nashville, TN 37210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only
Is the claim subject to offset? ■ No ☐ Yes

**3.25** **Nonpriority creditor's name and mailing address**
**John Bouchard & Sons, Co.**
**1024 Harrison St**
**Nashville, TN 37203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,737.42**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Judgment
Is the claim subject to offset? ■ No ☐ Yes

**3.26** **Nonpriority creditor's name and mailing address**
**Leviton Law Firm, Ltd.**
**One Pierce Place, Suite 725W**
**Itasca, IL 60143**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,077.53**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Coca-Cola Consolidated, Inc.
Is the claim subject to offset? ■ No ☐ Yes

**3.27** **Nonpriority creditor's name and mailing address**
**Luckey Hospitality**
**101 Centennial Circle**
**Nashville, TN 37209**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,862.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.28** **Nonpriority creditor's name and mailing address**
**Mercedes-Benz Financial Services**
**PO Box 685**
**Roanoke, TX 76262**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.29** **Nonpriority creditor's name and mailing address**
**Metro Water Services**
**1700 3rd Ave N**
**Nashville, TN 37208**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only
Is the claim subject to offset? ■ No ☐ Yes

**3.30** **Nonpriority creditor's name and mailing address**
**Nashville Electric Service**
**1214 Church Street**
**Nashville, TN 37246**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,007.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.31** **Nonpriority creditor's name and mailing address**
**Nashville Gulch Hotel, LLC**
**c/o 12th Avenue Realty Holdings Company**
**225 N. Columbus Dr., Ste 100**
**Chicago, IL 60601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Notice only**
Is the claim subject to offset? ■ No ☐ Yes

**3.32** **Nonpriority creditor's name and mailing address**
**NCA Alarms**
**3304 Charlotte Ave**
**Nashville, TN 37209**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$74.85**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.33** **Nonpriority creditor's name and mailing address**
**Onsite Environmental**
**1421 Baptist World Center Drive**
**Nashville, TN 37207**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Notice only**
Is the claim subject to offset? ■ No ☐ Yes

**3.34** **Nonpriority creditor's name and mailing address**
**Piedmont Natural Gas**
**PO Box 33068**
**Charlotte, NC 28233**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Notice only**
Is the claim subject to offset? ■ No ☐ Yes

**3.35** **Nonpriority creditor's name and mailing address**
**Pinnacle Business Funding LLC**
**1202 Avenue U, Ste 1115**
**Brooklyn, NY 11229**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.36** **Nonpriority creditor's name and mailing address**
**Recovery Solutions Group, LLC**
**117 E Liberty Way**
**Milford, DE 19963**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$46,115.93**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Stripe for Germantown**
Is the claim subject to offset? ■ No ☐ Yes

**3.37** **Nonpriority creditor's name and mailing address**
**Robins Insurance Agency, Inc.**
**11 Music Cir S**
**Nashville, TN 37203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Notice only**
Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Sequium Asset Solutions, LLC**<br>**2700 Cumberland Pkwy SE, Suite 200**<br>**Atlanta, GA 30339**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Notice only - Comcast for Germantown<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**State Systems Inc.**<br>**1861 Vanderhorn Drive**<br>**Memphis, TN 38134**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,000.00** |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Strategic Financial Reporting, Inc.**<br>**13801 Walsingham Road, A409**<br>**Largo, FL 33774**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$16,000.00** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Super Source, Inc.**<br>**3655 Kennesaw 75 Pkwy**<br>**Kennesaw, GA 30144**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,379.19** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Sylvan Supply Owner, LP**<br>**c/o The Corporation Trust Company**<br>**1209 Orange Street**<br>**Wilmington, DE 19801**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Guaranty of affiliate lease<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Sysco Nashville**<br>**One Hermitage Plaza**<br>**Nashville, TN 37209**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,000.00** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Toast Capital**<br>**333 Summer Street**<br>**Boston, MA 02210**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,248.00** |

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39,280.07** |
|---|---|---|---|
| | **Triton Recovery, LLC**<br>**3111 N University Dr, Suite 604**<br>**Pompano Beach, FL 33065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Stripe for HV | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Waste Connections, Inc.**<br>**3 Waterway Square Place, Suite 110**<br>**Spring, TX 77380** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00** |
|---|---|---|---|
| | **Whaley Food Service**<br>**438 Harding Industrial Drive**<br>**Nashville, TN 37211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Coca-Cola Consolidated**<br>**407 Craighead Street**<br>**Nashville, TN 37204** | Line 3.26<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Crystal Rene Cole**<br>**731 Porter Road**<br>**Nashville, TN 37206** | Line 3.25<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Richard Modrzynski**<br>**330 Commerce Street**<br>**Suite 110**<br>**Nashville, TN 37201** | Line 3.7<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Society Insurance**<br>**150 Camelot Drive**<br>**Fond Du Lac, WI 54935** | Line 3.11<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Stripe, Inc.**<br>**354 Oyster Point Blvd.**<br>**South San Francisco, CA 94080** | Line 3.45<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Sylvan Supply Property Owner LP**<br>**c/o CBRE**<br>**PO Box 743924**<br>**Los Angeles, CA 90074-3924** | Line 3.42<br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Vader Servicing, LLC**<br>**5 West 37th Street**<br>**Suite 1100**<br>**New York, NY 10018** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **WebBank**<br>**215 South State Street, Ste 1000**<br>**Salt Lake City, UT 84111** | Line **3.44**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **48,845.89** |
| **5b. Total claims from Part 2** | 5b. | + | $ **319,677.71** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **368,523.60** |

**Fill in this information to identify the case:**

Debtor name **Barista Parlor LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Airport license agreement to operate BPxBNA** | **Air Ventures, LLC<br>428 Beaver St, Suite 2<br>Sewickley, PA 15143** |
| | State the term remaining | **3 years** | |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial space located at 519 Gallatin Ave, Suite #2, Nashville, TN 37206** | **Condit Properties, LLC<br>c/o Ross Condit<br>150 DeBernardo Lane<br>Aptos, CA 95003** |
| | State the term remaining | **3 years** | |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **License agreement to operate BPxW** | **Nashville Gulch Hotel, LLC<br>c/o 12th Avenue Realty Holdings Company<br>225 N. Columbus Dr., Ste 100<br>Chicago, IL 60601** |
| | State the term remaining | **2 years** | |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Online store agreement** | **Shopify<br>100 Shockoe Slip, 2nd Floor<br>Richmond, VA 23219** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **POS agreement** | **Square** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Merchant and capital agreements** | **Stripe, Inc.<br>3180 18th St.<br>San Francisco, CA 94110** |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **POS and merchant agreement** | **Toast Capital<br>333 Summer Street<br>Boston, MA 02210** |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Business account** | **Venmo** |

**Fill in this information to identify the case:**

Debtor name **Barista Parlor LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **4 Speed, LLC** | **PO Box 100910**<br>**Nashville, TN 37210** | **Spartan Business Solutions, LLC** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.2 | **Andy Mumma** | **1308 Forest Ave**<br>**Nashville, TN 37206** | **Capital One** | ☐ D<br>■ E/F **3.12**<br>☐ G |
| 2.3 | **Andy Mumma** | **1308 Forest Ave**<br>**Nashville, TN 37206** | **AMA Recovery Group** | ☐ D<br>■ E/F **3.6**<br>☐ G |
| 2.4 | **Andy Mumma** | **1308 Forest Ave**<br>**Nashville, TN 37206** | **Pinnacle Business Funding LLC** | ☐ D<br>■ E/F **3.35**<br>☐ G |
| 2.5 | **Andy Mumma** | **1308 Forest Ave**<br>**Nashville, TN 37206** | **Southeast Community Capital Corporation** | ■ D **2.4**<br>☐ E/F<br>☐ G |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Andy Mumma** | **1308 Forest Ave<br>Nashville, TN 37206** | **FirstBank** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.7 | **Andy Mumma** | **1308 Forest Ave<br>Nashville, TN 37206** | **FirstBank** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.8 | **Andy Mumma** | **1308 Forest Ave<br>Nashville, TN 37206** | **Spartan Business Solutions, LLC** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.9 | **Andy Mumma** | **1308 Forest Ave<br>Nashville, TN 37206** | **Corporation Service Company** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.10 | **Andy Mumma** | **1308 Forest Ave<br>Nashville, TN 37206** | **WebBank** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.11 | **Andy Mumma** | **1308 Forest Ave<br>Nashville, TN 37206** | **WebBank** | ■ D **2.7**<br>☐ E/F<br>☐ G |
| 2.12 | **Andy Mumma** | **1308 Forest Ave<br>Nashville, TN 37206** | **Toast Capital** | ☐ D<br>■ E/F **3.44**<br>☐ G |
| 2.13 | **Andy Mumma** | **1308 Forest Ave<br>Nashville, TN 37206** | **Recovery Solutions Group, LLC** | ☐ D<br>■ E/F **3.36**<br>☐ G |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Andy Mumma** | **1308 Forest Ave Nashville, TN 37206** | **Triton Recovery, LLC** | ☐ D<br>■ E/F **3.45**<br>☐ G |
| 2.15 | **Andy Mumma** | **1308 Forest Ave Nashville, TN 37206** | **Adam Wright** | ☐ D<br>■ E/F **3.2**<br>☐ G |
| 2.16 | **Barista Parlor 500w LLC** | **PO Box 100910 Nashville, TN 37210** | **FirstBank** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.17 | **Barista Parlor 500w LLC** | **PO Box 100910 Nashville, TN 37210** | **FirstBank** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.18 | **Barista Parlor Atlanta, LLC** | **PO Box 100910 Nashville, TN 37210** | **FirstBank** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.19 | **Barista Parlor Atlanta, LLC** | **PO Box 100910 Nashville, TN 37210** | **FirstBank** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.20 | **Barista Parlor Germantown LLC** | **PO Box 100910 Nashville, TN 37210** | **FirstBank** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.21 | **Barista Parlor Germantown LLC** | **PO Box 100910 Nashville, TN 37210** | **Recovery Solutions Group, LLC** | ☐ D<br>■ E/F **3.36**<br>☐ G |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.22 | **Barista Parlor Germantown LLC** | **PO Box 100910 Nashville, TN 37210** | **John Bouchard & Sons, Co.** | ☐ D<br>■ E/F **3.25**<br>☐ G |
| 2.23 | **Barista Parlor Germantown LLC** | **PO Box 100910 Nashville, TN 37210** | **Spartan Business Solutions, LLC** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.24 | **Barista Parlor Germantown LLC** | **PO Box 100910 Nashville, TN 37210** | **Pinnacle Business Funding LLC** | ☐ D<br>■ E/F **3.35**<br>☐ G |
| 2.25 | **Barista Parlor Germantown LLC** | **PO Box 100910 Nashville, TN 37210** | **FirstBank** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.26 | **Barista Parlor Golden Sound LLC** | **PO Box 100910 Nashville, TN 37210** | **FirstBank** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.27 | **Barista Parlor Golden Sound LLC** | **PO Box 100910 Nashville, TN 37210** | **Spartan Business Solutions, LLC** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.28 | **Barista Parlor Golden Sound LLC** | **PO Box 100910 Nashville, TN 37210** | **Dickinson Wright PLLC** | ☐ D<br>■ E/F **3.17**<br>☐ G |
| 2.29 | **Barista Parlor Golden Sound LLC** | **PO Box 100910 Nashville, TN 37210** | **Pinnacle Business Funding LLC** | ☐ D<br>■ E/F **3.35**<br>☐ G |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.30 | **Barista Parlor Golden Sound LLC** | **PO Box 100910 Nashville, TN 37210** | **FirstBank** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.31 | **Barista Parlor Hillsboro Village LLC** | **PO Box 100910 Nashville, TN 37210** | **Triton Recovery, LLC** | ☐ D<br>■ E/F **3.45**<br>☐ G |
| 2.32 | **Barista Parlor Hillsboro Village LLC** | **PO Box 100910 Nashville, TN 37210** | **John Bouchard & Sons, Co.** | ☐ D<br>■ E/F **3.25**<br>☐ G |
| 2.33 | **Barista Parlor Hillsboro Village LLC** | **PO Box 100910 Nashville, TN 37210** | **Spartan Business Solutions, LLC** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.34 | **Barista Parlor Hillsboro Village LLC** | **PO Box 100910 Nashville, TN 37210** | **Pinnacle Business Funding LLC** | ☐ D<br>■ E/F **3.35**<br>☐ G |
| 2.35 | **Barista Parlor Hillsboro Village LLC** | **PO Box 100910 Nashville, TN 37210** | **FirstBank** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.36 | **Barista Parlor Hillsboro Village LLC** | **PO Box 100910 Nashville, TN 37210** | **FirstBank** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.37 | **Barista Parlor Holdings, LLC** | **PO Box 100910 Nashville, TN 37210** | **John Bouchard & Sons, Co.** | ☐ D<br>■ E/F **3.25**<br>☐ G |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.38 | **Barista Parlor Holdings, LLC** | **PO Box 100910 Nashville, TN 37210** | **Spartan Business Solutions, LLC** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.39 | **Barista Parlor Holdings, LLC** | **PO Box 100910 Nashville, TN 37210** | **Mercedes-Benz Financial Services** | ☐ D<br>■ E/F **3.28**<br>☐ G |
| 2.40 | **Barista Parlor Holdings, LLC** | **PO Box 100910 Nashville, TN 37210** | **Pinnacle Business Funding LLC** | ☐ D<br>■ E/F **3.35**<br>☐ G |
| 2.41 | **Barista Parlor Holdings, LLC** | **PO Box 100910 Nashville, TN 37210** | **Strategic Financial Reporting, Inc.** | ☐ D<br>■ E/F **3.40**<br>☐ G |
| 2.42 | **Barista Parlor Holdings, LLC** | **PO Box 100910 Nashville, TN 37210** | **Dr. Friday Tax and Financial Firm, Inc.** | ☐ D<br>■ E/F **3.18**<br>☐ G |
| 2.43 | **Barista Parlor Holdings, LLC** | **PO Box 100910 Nashville, TN 37210** | **Southeast Community Capital Corporation** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.44 | **Barista Parlor Holdings, LLC** | **PO Box 100910 Nashville, TN 37210** | **FirstBank** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.45 | **Barista Parlor Holdings, LLC** | **PO Box 100910 Nashville, TN 37210** | **FirstBank** | ■ D **2.2**<br>☐ E/F<br>☐ G |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.46 | **Barista Parlor Holdings, LLC** | **PO Box 100910<br>Nashville, TN 37210** | **Sysco Nashville** | ☐ D<br>■ E/F **3.43**<br>☐ G |
| 2.47 | **Barista Parlor Marathon Village LLC** | **PO Box 100910<br>Nashville, TN 37210** | **FirstBank** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.48 | **Barista Parlor Marathon Village LLC** | **PO Box 100910<br>Nashville, TN 37210** | **FirstBank** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.49 | **Barista Parlor Park Commons LLC** | **PO Box 100910<br>Nashville, TN 37210** | **Fairgrounds Parcel C, LLC** | ☐ D<br>■ E/F **3.20**<br>☐ G |
| 2.50 | **Barista Parlor Park Commons LLC** | **PO Box 100910<br>Nashville, TN 37210** | **John Bouchard & Sons, Co.** | ☐ D<br>■ E/F **3.25**<br>☐ G |
| 2.51 | **Barista Parlor Park Commons LLC** | **PO Box 100910<br>Nashville, TN 37210** | **FirstBank** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.52 | **Barista Parlor Park Commons LLC** | **PO Box 100910<br>Nashville, TN 37210** | **FirstBank** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.53 | **Barista Parlor Roasting LLC** | **PO Box 100910<br>Nashville, TN 37210** | **FirstBank** | ■ D **2.2**<br>☐ E/F<br>☐ G |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.54 | **Barista Parlor Roasting LLC** | **PO Box 100910 Nashville, TN 37210** | **John Bouchard & Sons, Co.** | ☐ D<br>■ E/F **3.25**<br>☐ G |
| 2.55 | **Barista Parlor Roasting LLC** | **PO Box 100910 Nashville, TN 37210** | **Spartan Business Solutions, LLC** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.56 | **Barista Parlor Roasting LLC** | **PO Box 100910 Nashville, TN 37210** | **Pinnacle Business Funding LLC** | ☐ D<br>■ E/F **3.35**<br>☐ G |
| 2.57 | **Barista Parlor Roasting LLC** | **PO Box 100910 Nashville, TN 37210** | **Strategic Financial Reporting, Inc.** | ☐ D<br>■ E/F **3.40**<br>☐ G |
| 2.58 | **Barista Parlor Roasting LLC** | **PO Box 100910 Nashville, TN 37210** | **Dr. Friday Tax and Financial Firm, Inc.** | ☐ D<br>■ E/F **3.18**<br>☐ G |
| 2.59 | **Barista Parlor Roasting LLC** | **PO Box 100910 Nashville, TN 37210** | **FirstBank** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.60 | **Barista Parlor Stutz Indianapolis LLC** | **PO Box 100910 Nashville, TN 37210** | **FirstBank** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.61 | **Barista Parlor Stutz Indianapolis LLC** | **PO Box 100910 Nashville, TN 37210** | **FirstBank** | ■ D **2.3**<br>☐ E/F<br>☐ G |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.62 | **Barista Parlor Sylvan Supply LLC** | **PO Box 100910 Nashville, TN 37210** | **John Bouchard & Sons, Co.** | ☐ D<br>■ E/F **3.25**<br>☐ G |
| 2.63 | **Barista Parlor Sylvan Supply LLC** | **PO Box 100910 Nashville, TN 37210** | **Pinnacle Business Funding LLC** | ☐ D<br>■ E/F **3.35**<br>☐ G |
| 2.64 | **Barista Parlor Sylvan Supply LLC** | **PO Box 100910 Nashville, TN 37210** | **FirstBank** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.65 | **Barista Parlor Sylvan Supply LLC** | **PO Box 100910 Nashville, TN 37210** | **FirstBank** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.66 | **Barista Parlor Sylvan Supply LLC** | **PO Box 100910 Nashville, TN 37210** | **Sylvan Supply Owner, LP** | ☐ D<br>■ E/F **3.42**<br>☐ G |
| 2.67 | **Barista Parlor Sylvan Supply LLC** | **PO Box 100910 Nashville, TN 37210** | **Spartan Business Solutions, LLC** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.68 | **Chopper, LLC** | **PO Box 100910 Nashville, TN 37210** | **Spartan Business Solutions, LLC** | ■ D **2.5**<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case: |
|---|
| Debtor name **Barista Parlor LLC** |
| United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other | **$75,647.21** |
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | ☐ Operating a business<br>■ Other **Royalties** | **$73,292.66** |
| **For prior year:** From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other | **$362,975.74** |
| **For year before that:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$395,757.50** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **John Bouchard & Sons, Co.**<br>**1024 Harrison St**<br>**Nashville, TN 37203** | **10/13/26** | **$4,120.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Garnishment** |
| 3.2. **Finca Terrerito**<br>**3448 Holly Springs Pkwy**<br>**Canton, GA 30115** | **8/10/26-9/22/ 2026** | **$16,689.97** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Chopper, LLC**<br>**PO Box 100910**<br>**Nashville, TN 37210**<br>**Affiliate** | **January 2026 - October 2026** | **$38,475.41** | **Transfers to affiliate, Chopper, LLC, used to pay Debtor's rent, utilities, and misc bills** |
| 4.2. **Barista Parlor Holdings, LLC and affiliates (insider)**<br>**PO Box 100910**<br>**Nashville, TN 37210**<br>**Affiliates** | | **Unknown** | **Debtor's operating account was used to receive and disburse funds for affiliates in the ordinary course; individual transfers not itemized. Debtors intend to seek substantive consolidation.** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Mercedes-Benz Financial Services**<br>**PO Box 685**<br>**Roanoke, TX 76262** | **Mercedes Sprinter Van** | **1/2026** | **Unknown** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor’s direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **John Bouchard & Sons, Co.**<br>**1024 Harrison St**<br>**Nashville, TN 37203** | **Garnishment of FirstBank account**<br>Last 4 digits of account number: **7402** | **10/13/2026** | **$4,120.53** |

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Metropolitan Government of Nashville and Davidson County v. Barista Parlor**<br>**25-0491-II** | **Tax Civil** | **Davidson County Chancery Court**<br>**1 Public Sqaure**<br>**Nashville, TN 37201** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **American Paper & Twine Company v. Barista Parlor, LLC**<br>**25GC21763** | **Civil** | **Metropolitan General Sessions Court of Davidson County, Tennessee**<br>**408 Second Avenue North**<br>**Nashville, TN 37201** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **John Bouchard & Sons, Co. v. Barista Parlor Roasting, LLC, et al.**<br>**25GC5920** | **Civil** | **Metropolitan General Sessions Court of Davidson County, Tennessee**<br>**408 Second Avenue North**<br>**Nashville, TN 37201** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Spartan Business Solutions, LLC dba Spartan Capital v. Barista Parlor, LLC, et al.**<br>**655437/2025** | **Civil** | **Supreme Court of New York County of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Dunham Hildebrand Payne Waldron, PLLC<br>9020 Overlook Blvd., Suite 316<br>Brentwood, TN 37027** | **Chapter 11 retainer and filing fee; $18,500 paid by proceeds of the Debtor's collateral proceeds from FirstBank liquidation and $25,000 paid by Andrew Mumma.** | **5/14/2026; 9/10/2026** | **$43,500.00** |

**Email or website address**

**Who made the payment, if not debtor?**
**Debtor and Andrew Mumma**

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Sigma Financial Corporation<br>300 Parkland Plaza<br>Ann Arbor, MI 48103** | **Debt relief consultant engaged by the Barista Parlor group** | **January-February 2026** | **$1,896.46** |

**Email or website address**

**Who made the payment, if not debtor?**
**Barista Parlor Roasting, LLC**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Buyers in McLemore Auction** | **Liquidation of property of 3 closed Barista Parlor locations. $18,500 of the proceeds to pay Chapter 11 retainers and filing, with the remainder remitted to FirstBank for the collateral. Auction was conducted with consent of FirstBank.** | **5/14/2026** | **$34,137.01** |

**Relationship to debtor**

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **BP 401(k)** | EIN: |

Has the plan been terminated?
☐ No
■ Yes

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Strategic Financial Reporting, Inc.<br>13801 Walsingham Road, A409<br>Largo, FL 33774** | **Ended September 2024** |
| 26a.2. | **Dr. Friday Tax and Financial Firm, Inc.<br>205 Powell Place<br>Suite 223<br>Brentwood, TN 37027** | **2025** |
| 26a.3. | **Richard A. Fridge, CPA<br>6010 Martingale Ln<br>Brentwood, TN 37027** | **2026-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

| Name and address |
|---|
| 26d.1. **FirstBank**<br>**1817 West End Ave**<br>**Nashville, TN 37203** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Andy Mumma** | **1308 Forest Ave<br>Nashville, TN 37206** | **Managing Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Barista Parlor Holdings, LLC** | **PO Box 100910<br>Nashville, TN 37210** | **Sole member** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Barista Parlor Holdings, LLC and affiliates (insider)<br>PO Box 100910<br>Nashville, TN 37210** | | | **Debtor's operating account was used to receive and disburse funds for affiliates in the ordinary course; individual transfers not itemized. Debtors intend to seek substantive consolidation.** |
| | Relationship to debtor<br>**Affiliates** | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Andy Mumma**<br>**1308 Forest Ave**<br>**Nashville, TN 37206** | **$6,582.73** | **7/2026-9/2026** | **Reimbursement for expenses; personal expenses paid by business in lieu of salary or distributions** |

**Relationship to debtor**
**Managing Member**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 21, 2026**

**/s/ Andrew Mumma**
Signature of individual signing on behalf of the debtor

**Andrew Mumma**
Printed name

Position or relationship to debtor **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

- ■ No
- ☐ Yes

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Barista Parlor LLC** Debtor(s)

Case No.
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **43,500.00** |
| Prior to the filing of this statement I have received | $ | **43,500.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor ■ Other (specify): **Debtor (Barista Parlor LLC collateral proceeds, $18,500, with FirstBank consent) and Andrew Mumma, insider/guarantor ($25,000)**

3. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]
   **Scope of representation to be set forth in employment application to be filed by counsel after filing of this case.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Scope of representation to be set forth in employment application to be filed by counsel after filing of this case.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 21, 2026**
*Date*

**/s/ R. Alex Payne**
**R. Alex Payne 031387**
*Signature of Attorney*
**Dunham Hildebrand Payne Waldron, PLLC**
**9020 Overlook Boulevard, Suite 316**
**Brentwood, TN 37027**
**629.777.6529 Fax: 629.777.3765**
**alex@dhnashville.com**
*Name of law firm*

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Barista Parlor LLC** — Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Barista Parlor Holdings, LLC**<br>**PO Box 100910**<br>**Nashville, TN 37210** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 21, 2026**

Signature **/s/ Andrew Mumma**
**Andrew Mumma**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Barista Parlor LLC** Case No. ____
Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 21, 2026**

**/s/ Andrew Mumma**
**Andrew Mumma**/**Managing Member**
Signer/Title

BARISTA PARLOR LLC
PO BOX 100910
NASHVILLE TN 37210

R. ALEX PAYNE
DUNHAM HILDEBRAND PAYNE WALDRON, PLLC
9020 OVERLOOK BOULEVARD, SUITE 316
BRENTWOOD, TN 37027

4 SPEED, LLC
PO BOX 100910
NASHVILLE TN 37210

ACE EXTERMINATING
7089 WHITES CREEK PIKE
JOELTON TN 37080

ADAM WRIGHT
952 MAIN STREET
NASHVILLE TN 37206

AIR VENTURES, LLC
428 BEAVER ST, SUITE 2
SEWICKLEY PA 15143

AJAX TURNER COMPANY
4010 CENTREPOINTE DRIVE
LA VERGNE TN 37086

ALLWASTE ONSITE LLC/ONSITE ENVRIONMENTAL
C/O GREENBERG, GRANT & RICHARDS
5858 WESTHEIMER ROAD, SUITE 500
HOUSTON TX 77057

AMA RECOVERY GROUP
3131 EASTSIDE ST., STE. 435
HOUSTON TX 77098

AMERICAN PAPER & TWINE
PO BOX 90348
NASHVILLE TN 37209

ANDY MUMMA
1308 FOREST AVE
NASHVILLE TN 37206

AT&T
2270 LAKESIDE BLVD.
7TH FLOOR
RICHARDSON TX 75082

AUTO CHLOR SYSTEM
1518 ANTIOCH PIKE
ANTIOCH TN 37013

BARISTA PARLOR 500W LLC
PO BOX 100910
NASHVILLE TN 37210

BARISTA PARLOR ATLANTA, LLC
PO BOX 100910
NASHVILLE TN 37210

BARISTA PARLOR GERMANTOWN LLC
PO BOX 100910
NASHVILLE TN 37210

BARISTA PARLOR GOLDEN SOUND LLC
PO BOX 100910
NASHVILLE TN 37210

BARISTA PARLOR HILLSBORO VILLAGE LLC
PO BOX 100910
NASHVILLE TN 37210

BARISTA PARLOR HOLDINGS, LLC
AND AFFILIATES (INSIDER)
PO BOX 100910
NASHVILLE TN 37210

BARISTA PARLOR HOLDINGS, LLC
PO BOX 100910
NASHVILLE TN 37210

BARISTA PARLOR MARATHON VILLAGE LLC
PO BOX 100910
NASHVILLE TN 37210

BARISTA PARLOR PARK COMMONS LLC
PO BOX 100910
NASHVILLE TN 37210

BARISTA PARLOR ROASTING LLC
PO BOX 100910
NASHVILLE TN 37210

BARISTA PARLOR STUTZ INDIANAPOLIS LLC
PO BOX 100910
NASHVILLE TN 37210

BARISTA PARLOR SYLVAN SUPPLY LLC
PO BOX 100910
NASHVILLE TN 37210

BLUECROSS BLUESHIELD OF TENNESSEE, INC.
1 CAMERON HILL CIRCLE
CHATTANOOGA TN 37402

BROWN & JOSEPH, LLC
ONE PIERCE PLACE, SUITE 700W
ITASCA IL 60143

CAPITAL ONE
PO BOX 360
WILMINGTON DE 19899

CELTIC BANK
268 S STATE ST, SUITE 300
SALT LAKE CITY UT 84111

CHARLES SANGER
BRADLEY ARANT BOULT CUMMINGS LLP
1221 BROADWAY, #2400
NASHVILLE TN 37203

CHOPPER, LLC
PO BOX 100910
NASHVILLE TN 37210

COCA-COLA CONSOLIDATED
407 CRAIGHEAD STREET
NASHVILLE TN 37204

COMCAST
1701 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA PA 19103

CONDIT PROPERTIES, LLC
C/O ROSS CONDIT
150 DEBERNARDO LANE
APTOS CA 95003

COOK'S PEST CONTROL
5211 LINBAR DRIVE, SUITE 507
NASHVILLE TN 37211

CORPORATION SERVICE COMPANY
PO BOX 2576
SPRINGFIELD IL 62708

CREATION GARDENS
940 W 5TH ST
CINCINNATI OH 45203

CRYSTAL RENE COLE
731 PORTER ROAD
NASHVILLE TN 37206

DICKINSON WRIGHT PLLC
2600 WEST BIG BEAVER ROAD, SUITE 300
TROY MI 48084-3312

DR. FRIDAY TAX AND FINANCIAL FIRM, INC.
205 POWELL PLACE
SUITE 223
BRENTWOOD TN 37027

EVOLUTION MAINTENANCE
105 FLEX AVE
PORTLAND TN 37148

FAIRGROUNDS PARCEL C, LLC
124 12TH AVE SOUTH
SUITE 600
NASHVILLE TN 37203

FESCO NASHVILLE
1106 ELM HILL PIKE
NASHVILLE TN 37210

FIRSTBANK
1817 WEST END AVE
NASHVILLE TN 37203

GOOGLE LLC
1600 AMPITHEATRE PARKWAY
MOUNTAIN VIEW CA 94043

HATCHER FAMILY DAIRY
6561 ARNO RD
COLLEGE GROVE TN 37046

HOLDERS OF OUTSTANDING GIFT CARDS

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERSTATE AC SERVICE
1877 AIR LANE DRIVE
NASHVILLE TN 37210

JOHN BOUCHARD & SONS, CO.
1024 HARRISON ST
NASHVILLE TN 37203

KENNETH R. EBNER
SPARTAN BUSINESS SOLUTIONS LLC
122 E. 42ND ST, ROOM 1011
NEW YORK NY 10168

LEVITON LAW FIRM, LTD.
ONE PIERCE PLACE, SUITE 725W
ITASCA IL 60143

LUCKEY HOSPITALITY
101 CENTENNIAL CIRCLE
NASHVILLE TN 37209

MERCEDES-BENZ FINANCIAL SERVICES
PO BOX 685
ROANOKE TX 76262

METRO WATER SERVICES
1700 3RD AVE N
NASHVILLE TN 37208

METROPOLITAN GOVERNMENT OF NASHVILLE
& DAVIDSON COUNTY, DEPT. OF LAW
1 PUBLIC SQUARE, STE 108
NASHVILLE TN 37201

NASHVILLE ELECTRIC SERVICE
1214 CHURCH STREET
NASHVILLE TN 37246

NASHVILLE GULCH HOTEL, LLC
C/O 12TH AVENUE REALTY HOLDINGS COMPANY
225 N. COLUMBUS DR., STE 100
CHICAGO IL 60601

NCA ALARMS
3304 CHARLOTTE AVE
NASHVILLE TN 37209

OFFICE OF THE METROPOLITAN TRUSTEE
PO BOX 196358
NASHVILLE TN 37219-6358

ONSITE ENVIRONMENTAL
1421 BAPTIST WORLD CENTER DRIVE
NASHVILLE TN 37207

PIEDMONT NATURAL GAS
PO BOX 33068
CHARLOTTE NC 28233

PINNACLE BUSINESS FUNDING LLC
1202 AVENUE U, STE 1115
BROOKLYN NY 11229

RECOVERY SOLUTIONS GROUP, LLC
117 E LIBERTY WAY
MILFORD DE 19963

RICHARD MODRZYNSKI
330 COMMERCE STREET
SUITE 110
NASHVILLE TN 37201

ROBINS INSURANCE AGENCY, INC.
11 MUSIC CIR S
NASHVILLE TN 37203

SAGE LAWN CARE
618 SKYVIEW DRIVE
NASHVILLE TN 37206

SEQUIUM ASSET SOLUTIONS, LLC
2700 CUMBERLAND PKWY SE, SUITE 200
ATLANTA GA 30339

SHOPIFY
100 SHOCKOE SLIP, 2ND FLOOR
RICHMOND VA 23219

SHOPIFY CAPITAL
151 O'CONNOR ST
K2P 2L8
OTTAWA ON

SIGMA FINANCIAL CORPORATION
300 PARKLAND PLAZA
ANN ARBOR MI 48103

SIMPLY PURE SWEETS
128 N CHURCH ST
MURFREESBORO TN 37130

SOCIETY INSURANCE
150 CAMELOT DRIVE
FOND DU LAC WI 54935

SOUTHEAST COMMUNITY CAPITAL CORPORATION
DBA PATHWAY LENDING
201 VENTURE CIRCLE
NASHVILLE TN 37228

SPARTAN BUSINESS SOLUTIONS, LLC
1001 WESTHAVEN BLVD., UNIT A100
FRANKLIN TN 37064

SQUARE

STATE SYSTEMS INC.
1861 VANDERHORN DRIVE
MEMPHIS TN 38134

STRATEGIC FINANCIAL REPORTING, INC.
13801 WALSINGHAM ROAD, A409
LARGO FL 33774

STRIPE, INC.
354 OYSTER POINT BLVD.
SOUTH SAN FRANCISCO CA 94080

STRIPE, INC.
3180 18TH ST.
SAN FRANCISCO CA 94110

SUPER SOURCE, INC.
3655 KENNESAW 75 PKWY
KENNESAW GA 30144

SYLVAN SUPPLY OWNER, LP
C/O THE CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON DE 19801

SYLVAN SUPPLY PROPERTY OWNER LP
C/O CBRE
PO BOX 743924
LOS ANGELES CA 90074-3924

SYSCO NASHVILLE
ONE HERMITAGE PLAZA
NASHVILLE TN 37209

TELOS LEGAL CORP.
1818 11ST STREET, STE 101
SACRAMENTO CA 95811

TENNESSEE DEPARTMENT OF REVENUE
C/O ATTORNEY GENERAL
PO BOX 20207
NASHVILLE TN 37202-0207

TENNESSEE DEPT. OF LABOR & WORKFORCE
DEVELOPMENT
220 FRENCH LANDING DR
NASHVILLE TN 37243

TOAST CAPITAL
333 SUMMER STREET
BOSTON MA 02210

TRITON RECOVERY, LLC
3111 N UNIVERSITY DR, SUITE 604
POMPANO BEACH FL 33065

U.S. ATTORNEY
M.D. TENN.
719 CHURCH ST, STE 3300
NASHVILLE TN 37203

VADER SERVICING, LLC
5 WEST 37TH STREET
SUITE 1100
NEW YORK NY 10018

VENMO

WASTE CONNECTIONS, INC.
3 WATERWAY SQUARE PLACE, SUITE 110
SPRING TX 77380

WEBBANK
215 SOUTH STATE STREET, STE 1000
SALT LAKE CITY UT 84111

WHALEY FOOD SERVICE
438 HARDING INDUSTRIAL DRIVE
NASHVILLE TN 37211

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Barista Parlor LLC** Debtor(s)

Case No.

Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Barista Parlor LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Barista Parlor Holdings, LLC**
**PO Box 100910**
**Nashville, TN 37210**

☐ None [*Check if applicable*]

**October 21, 2026**
Date

**/s/ R. Alex Payne**
**R. Alex Payne 031387**
Signature of Attorney or Litigant
Counsel for **Barista Parlor LLC**

**Dunham Hildebrand Payne Waldron, PLLC**
**9020 Overlook Boulevard, Suite 316**
**Brentwood, TN 37027**
**629.777.6529 Fax:629.777.3765**
**alex@dhnashville.com**