**SO ORDERED.**
**SIGNED 30th day of October, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

**Charles M. Walker**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **BARISTA PARLOR LLC, et al.,** | ) | Chapter 11, Subchapter V |
| Debtors. | ) | Case No. 3:26-bk-05105[1] |
| | ) | Judge Charles M. Walker |
| ***JOINTLY ADMINISTERED*** | ) | |
| | ) | |

## ORDER GRANTING MOTION FOR JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES

This matter is before the Court upon the motion (the "Motion") filed by the Debtors Barista Parlor LLC ("Barista Parlor") (Case No. 3:26-bk-05105), Barista Parlor Holdings, LLC ("Holdings") (Case No. 3:26-bk-05106) and Barista Parlor Roasting LLC ("Roasting") (Case No. 3:26-bk-05107) (collectively, the "Debtors") for entry of an order directing the joint administration of the Debtors' chapter 11 cases pursuant to 11 U.S.C. § 105.

[1] The Debtors in these jointly administered cases are Barista Parlor LLC (3:26-bk-05105), Barista Parlor Holdings LLC (3:26-bk-05106), and Barista Parlor Roasting LLC (3:26-bk-05107).

This Court having jurisdiction over the matter pursuant to 28 U.S.C. §§ 157 and 1334, and having found that the Debtors' notice of the Motion and opportunity for hearing on the Motion were appropriate under the circumstances and otherwise complied with all applicable rules; and further having reviewed the Motion and having heard the arguments in support of the relief requested therein at the hearing on the Motion and finding just cause for the relief granted herein, it is hereby ORDERED as follows:

1. The Motion is granted as set forth herein.

2. The above-captioned cases shall be administered jointly and consolidated for procedural purposes only under the case name *Barista Parlor LLC, et al.*, at Case No. 3:26-bk-05105. All pleadings shall be filed only in the Barista Parlor case under Case No. 3:26-bk-05105.

3. Notwithstanding whether any requested relief only relates to one, or fewer than all, of the Debtors, all pleadings shall contain only the case name and number of Barista Parlor with an "*et al.*" reference that will be considered to sufficiently notify each and all of the Debtors. In addition, the term "JOINTLY ADMINISTERED" shall be included in the case caption of every filing.

4. The Debtors shall maintain, and the United States Bankruptcy Court for the Middle District of Tennessee (the "Court") shall keep, one consolidated docket and service list for these consolidated cases.

5. The Court will maintain separate proof of claims registers for each Debtor. Creditors filing proofs of claim shall file their claims under the case name and number for the applicable Debtor alleged to owe the debt.

6. Nothing in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned cases. Debtors reserve all rights with respect to the same.

7. This joint administration shall not affect the requirements for the filing of monthly operating reports. Each Debtor shall be separately responsible for filing monthly operating reports, unless otherwise approved by the U.S. Trustee. Each Debtor shall further file any updated or amended schedules of assets and liabilities and statements of financial affairs under their separately docketed bankruptcy case numbers.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY:

/s/ R. Alex Payne
R. Alex Payne
DUNHAM HILDEBRAND PAYNE WALDRON, PLLC
9020 Overlook Boulevard, Suite 316
Brentwood, TN 37027
629.777.6529
alex@dhnashville.com
*Counsel for the Debtors*